AO 91 (5/85) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF OHIO

2006 SEP 27 PM 2:18

UNITED STATES OF AMERICA
V.

MELVIN RAMON MEJIA
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:06MJ00242

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 26, 2006 in Butler county, in the Southern District of Ohio defendant(s) did, (Track Statutory Language of Offense)

flee the State of Ohio to avoid being prosecuted for the crimes of Murder in violation of the Ohio Revised Code, Section 2903.02, a felony in the 1st. degree

in violation of Title 18 United States Code, Section(s) 1073

I further state that I am a(n) Special Agent, FBI and that this complaint is based on the following facts:

See attached Affidavit of Special Agent Terence F. Moran

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

September 27, 2006 at Cincinnati, Ohio
Date                                                  City and State

Honorable Timothy S. Hogan
U.S. Magistrate Judge
Name & Title of Judicial Officer                      Signature of Judicial Officer



# AFFIDAVIT

I, Special Agent Terence F. Moran, being duly sworn, depose and say that I am a Special Agent of the Federal Bureau of Investigation (FBI), duly appointed according to law and acting as such, have been employed as a Special Agent with the FBI for 23 years. During this time, I have conducted numerous investigations of Federal laws including violations of Title 18 United States Code, section 1073, Unlawful Flight to Avoid Prosecution. The information contained in this affidavit has been derived by investigations conducted by your affiant as well as information received by your affiant from Detective Jamie Hensley, West Chester Police Department, West Chester, Ohio. All of the details of this investigation are not included in this affidavit, only information necessary to establish probable cause to believe that MELVIN RAMON MEJIA fled the State of Ohio in order to avoid prosecution for the crime of Murder, a felony under Ohio Revised Code. Affiant, further hereby deposes and says:

1. On September 24, 2006, at approximately 11:00p.m., JACKELIN ROMERO, a twenty-four year old female residing at 4557 Wyndtree Drive, Apartment 152, West Chester, Ohio was found dead in her apartment. Preliminary autopsy results reveal ROMERO had been stabbed in excess of twenty times. West Chester Police Department

has identified MELVIN RAMON MEJIA as the suspect in their homicide investigation. MEJIA, a native of Honduras, is the estranged husband of JACKELIN ROMERO. According to Detective Hensley, MEJIA did not reside at RAMERO'S address, however came by and stayed periodically. Following the discovery of ROMERO'S body, the West Chester Police Department interviewed several witnesses who placed MEJIA at the residence on the day of the homicide.

2. On September 26, 2006, a arrest warrant was issued by Butler County Area III Court, West Chester, Ohio charging MELVIN RAMON MEJIA with murder, a violation of Ohio Revised Code 2903.02.

3. On September 26, 2006, Detective Hensley advised your affiant that MEJIA has family residing in Memphis, Tennessee. At the request of the West Chester Police Department, family members of MEJIA residing in Memphis, Tennessee were interviewed by the Memphis Police Department. The family members advised the Memphis Police Department that prior to the homicide, MEJIA was working in Mississippi and residing in Memphis, Tennessee. On September 25, 2006, Memphis Police Department interviewed a relative of MEJIA. The relative told the Memphis Police Department that MEJIA left Memphis, Tennessee on September 22, 2006 en route to West Chester, Ohio.

2

4. West Chester Police Department investigation revealed that following the homicide, MEJIA had spoken to family members telling them he was heading to Memphis and possibly Honduras. According to Detective Hensley, MEJIA has no known residence in the West Chester area, and all investigative efforts to locate MEJIA in the State of Ohio have been exhausted.

5. Affiant believes there exists probable cause to believe MELVIN RAMON MEJIA fled the State of Ohio in order to avoid prosecution of state charges and asks that a warrant be issued to arrest MELVIN RAMON MEJIA for violation of Title 18, United States Code, Sections 1073.

_____
Special Agent Terence F. Moran
Federal Bureau of Investigation


Sworn to and subscribed before me this 27th. day of September 2006.

_____
Timothy S. Hogan
United States Magistrate Judge